IFP Pending
2:24-cv-791
#3

15 BK/KCB

AO 241 (Rev. 09/17)

**PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY**

| United States District Court | District: Western District of Pa. |
|---|---|
| Name (under which you were convicted): Donald Troutman Jr. | Docket or Case No.: CP-02-CR-0004416-2007 |
| Place of Confinement: Dauphin Cty. Prison | Prisoner No.: 107054 |
| Petitioner (include the name under which you were convicted) Donald Troutman Jr. | v. Respondent (authorized person having custody of petitioner) Commonwealth |
| The Attorney General of the State of: | |

RECEIVED
MAY 29 2024
CLERK, U.S. DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**PETITION**

1. (a) Name and location of court that entered the judgment of conviction you are challenging: Allegheny Cty, Incest, rape by forcible compulsion Statutory sexual Asslt, (EWOC) cruption of Minor

   (b) Criminal docket or case number (if you know): CP-02-CR-0004416-2007

2. (a) Date of the judgment of conviction (if you know):

   (b) Date of sentencing: 3/2010

3. Length of sentence: 7½ to 15 Yr.

4. In this case, were you convicted on more than one count or of more than one crime? ☑ Yes ☐ No

5. Identify all crimes of which you were convicted and sentenced in this case: Incest, rape by forcible compulsion, Statutory Sex Asslt [EWOC] Cruption of Minors

6. (a) What was your plea? (Check one)

   ☑ (1) Not guilty ☐ (3) Nolo contendere (no contest)

   ☐ (2) Guilty ☐ (4) Insanity plea

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to? not guilty to all

(c) If you went to trial, what kind of trial did you have? (Check one)

☐ Jury ☑ Judge only

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?

☐ Yes ☑ No

8. Did you appeal from the judgment of conviction?

☑ Yes ☐ No

9. If you did appeal, answer the following:

(a) Name of court: PCRA Court Superior

(b) Docket or case number (if you know): CP-CR-0004416-2007

(c) Result: Affirmed

(d) Date of result (if you know): June 26, 2020

(e) Citation to the case (if you know):

(f) Grounds raised: That Troutman did not assault the victim in my home or the neighbor's residence - and the Testimony from Mrs. Sykes - (The witness certification) The victim could not recall the events alleged Happened and being Traumatised and not being able to recall the events any events that happened

(g) Did you seek further review by a higher state court? ☐ Yes ☑ No

If yes, answer the following:

(1) Name of court:

(2) Docket or case number (if you know):

(3) Result:

AO 241 (Rev. 09/17)

(4) Date of result (if you know): ____________________

(5) Citation to the case (if you know): ____________________

(6) Grounds raised: ____________________

(h) Did you file a petition for certiorari in the United States Supreme Court? ☐ Yes ☑ No

If yes, answer the following:

(1) Docket or case number (if you know): ____________________

(2) Result: ____________________

(3) Date of result (if you know): ____________________

(4) Citation to the case (if you know): ____________________

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court? ☑ Yes ☐ No

11. If your answer to Question 10 was "Yes," give the following information:

(a) (1) Name of court: PCRA Superior

(2) Docket or case number (if you know): CP-CR-0004416-2007

(3) Date of filing (if you know): July 31, 2018

(4) Nature of the proceeding:

(5) Grounds raised: That Mr. Troutman did not Assault the victum in their neighbor residence - and the testimony of Sykes (the witness certification) victum could not recall the events that happen being traumatised and not being able to recall the events that happen

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☑ Yes ☐ No

(7) Result: Affirmed

AO 241 (Rev. 09/17)

(8) Date of result (if you know): ______

(b) If you filed any second petition, application, or motion, give the same information:

(1) Name of court: ______

(2) Docket or case number (if you know): ______

(3) Date of filing (if you know): ______

(4) Nature of the proceeding: ______

(5) Grounds raised: ______

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes ☑ No

(7) Result: ______

(8) Date of result (if you know): ______

(c) If you filed any third petition, application, or motion, give the same information:

(1) Name of court: ______

(2) Docket or case number (if you know): ______

(3) Date of filing (if you know): ______

(4) Nature of the proceeding: ______

(5) Grounds raised: ______

AO 241 (Rev. 09/17)

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes ☐ No

(7) Result: ______

(8) Date of result (if you know): ______

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(1) First petition: ☐ Yes ☑ No

(2) Second petition: ☐ Yes ☑ No

(3) Third petition: ☐ Yes ☑ No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

being turned down didn't think I would have a chance they mostly rule in the lower courts

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.**

**GROUND ONE:** Victim could not recall the events that happen

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

The testimony of Sykes (the witness certification Victim could not recall the events that happen to her

(b) If you did not exhaust your state remedies on Ground One, explain why: I did

AO 241 (Rev. 09/17)

(c) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue? ☑ Yes ☐ No

(2) If you did not raise this issue in your direct appeal, explain why:

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☑ Yes ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: PCRA

Name and location of the court where the motion or petition was filed: Allegheny Cnty. Pa

Docket or case number (if you know): CP-CR-0004416-2007

Date of the court's decision: June 26, 2020

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion or petition? ☑ Yes ☐ No

(4) Did you appeal from the denial of your motion or petition? ☑ Yes ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ☑ Yes ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: Superior Court

Docket or case number (if you know): CP-CR-0004416-2007

Date of the court's decision: June 26, 2020

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

AO 241 (Rev. 09/17)

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One:

**GROUND TWO:** The testimony of the victum

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Are you more likely to believe the testimony of a child alleging sexual abuse because you do not believe a child could lie.

(b) If you did not exhaust your state remedies on Ground Two, explain why:

(c) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue? ☐ Yes ☑ No

(2) If you did not raise this issue in your direct appeal, explain why: didn't think about it untill now

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes ☑ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

AO 241 (Rev. 09/17)

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion or petition? ☐ Yes ☑ No

(4) Did you appeal from the denial of your motion or petition? ☐ Yes ☑ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ☐ Yes ☑ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: I didnt think of it untill now had to have some time to think about everything a man has to think before next move just like chess

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two : I filed a lot of motions they were treated like PCRA's I got the same results

**GROUND THREE:** evidence was insufficient to convict

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): The Double Jepardy Clause of the Pa Const Art I § 10 prohibits retrial of a defendant into moving for a mistrial, instead of Acquital to the Point of the denial of a fair trial See transcripts "Trial of 2009) Prosecutorial Misconduct.

AO 241 (Rev. 09/17)

(b) If you did not exhaust your state remedies on Ground Three, explain why: ______

(c) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue? ☑ Yes ☐ No

(2) If you did not raise this issue in your direct appeal, explain why: ______

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☑ Yes ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: PCRA

Name and location of the court where the motion or petition was filed: Superior Court

Docket or case number (if you know): CP-CR=0004416-2007

Date of the court's decision: June 26, 2020

Result (attach a copy of the court's opinion or order, if available): Affirmed

(3) Did you receive a hearing on your motion or petition? ☑ Yes ☐ No

(4) Did you appeal from the denial of your motion or petition? ☑ Yes ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ☑ Yes ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: Superior Court

Docket or case number (if you know): Same

Date of the court's decision: Same

Result (attach a copy of the court's opinion or order, if available): Same

AO 241 (Rev. 09/17)

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three:

**GROUND FOUR:** The Supreme Court has also indicated that there are 3 emcompassed in the Double Jeopardy, Protection against a second

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

prosecution for the same offence after a acquittal protection against a second prosecution for the same offence Commonwealth being able to have that second chance, and protection against multiple punishments which is also in violation of my 8th Amendment. Excessive bail shall not be required, nor excessive fines imposed, nor cruel and unusual punishment inflicted (don't forget Due Process) 14th

(b) If you did not exhaust your state remedies on Ground Four, explain why:

(c) **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue? ☑ Yes ☐ No

(2) If you did not raise this issue in your direct appeal, explain why:

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☑ Yes ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: PCRA

AO 241 (Rev. 09/17)

Name and location of the court where the motion or petition was filed: Superior

Docket or case number (if you know): Same

Date of the court's decision: Same

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion or petition? ☑ Yes ☐ No

(4) Did you appeal from the denial of your motion or petition? ☑ Yes ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ☑ Yes ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: Superior Court

Docket or case number (if you know): Same

Date of the court's decision: Same

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four: Motions-PCRA's

13. Please answer these additional questions about the petition you are filing:

(a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction? ☑ Yes ☐ No

If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them: ______

(b) Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

______

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition? ☐ Yes ☑ No

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available. ______

15. Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging? ☐ Yes ☑ No

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. ______

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: ______

(b) At arraignment and plea: ______

(c) At trial: ______

(d) At sentencing: ______

(e) On appeal: ______

(f) In any post-conviction proceeding: ______

(g) On appeal from any ruling against you in a post-conviction proceeding: ______

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging? ☐ Yes ☑ No

(a) If so, give name and location of court that imposed the other sentence you will serve in the future: ______

(b) Give the date the other sentence was imposed: ______

(c) Give the length of the other sentence: ______

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future? ☑ Yes ☐ No

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

I had to get facts together see U.S vs Connolly 2017 U.S Dist 36759 Commonwealth gathers all facts before changes are filled I had to gather my facts in order to present all evidence and the information that I had I had to put every thing together

AO 241 (Rev. 09/17)

for this Petitioner Hans Nielson (1889) haveu been convicted of crimes of Adultery he was to serve 125 days two indictments were found against Petitioner Neilson the first charge on the 15th of Oct. 1885 and continuously from that time till the 13th of may 1888 his second indictment was to Caroline Neilson his wife he argued that he was being charged twice for the same thing Double Jeopardy clause see In re Neilson 131 U.S. 176 see also Commonwealth vs Brown 538 Pa 410 see also Com. vs Maurizo 496 Pa 584 U.S vs Scott 437 U.S 82 Com. vs Tillman 501 Pa 395

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

(1) A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of -

(A) the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

(B) the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

(C) the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

(D) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

AO 241 (Rev. 09/17)

(2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief: New trial and Vacate the conviction and sentence

or any other relief to which petitioner may be entitled.

Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on 5-18-24 (month, date, year).

Executed (signed) on ______________ (date).

Pro Se Donald Portman JR

Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.